IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT WILCOX, <br> TDCJ NO. 1333890, <br><br> Plaintiff, <br><br> v. <br><br> G. DUNCAN, et al., <br><br> Defendants. | § § § § § § § § § § | CIVIL ACTION NO. H-12-2671 |

**FINAL JUDGMENT**

For the reasons stated in this court's Memorandum Opinion and Order Granting Motion to Dismiss entered this date, the above-styled action is **DISMISSED without prejudice**.

This is a Final Judgment.

**SIGNED** at Houston, Texas, on this 25th day of January, 2013.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE